# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>$102,842.00 AT SANTANDER BANK STORED IN ACCOUNTS (1) 8954499708 and (2) 8291059276 | Case No.   1:25-mj- 234-01/02-TSM |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __New Hampshire__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981(a)(1)(A),__ *(describe the property)*:

981(a)(1)(A), 981(a)(1)(C), 982(a)(1) and 982(a)(2)(A), for violations of 18 U.S.C. §§ 1956 or 1957, 18 U.S.C. § 1343, and 18 U.S.C. § 1349:  $102,842.00 at Santander Bank stored in accounts (1) 8954499708 and (2) 8291059276. The U.S. has made the requisite showings under 21 U.S.C. § 853(f) that there is probable cause to believe that the property to be seized would be subject to forfeiture, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

The application is based on these facts:
See attached Affidavit of Special Agent Christopher McMahon of the United States Secret Service.
Seizure authority is predicated upon 18 U.S.C. §§ 981(b), 982(b)(1) and 21 U.S.C. § 853(f).

☑ Continued on the attached sheet.

/s/ Christopher McMahon
*Applicant's signature*

Special Agent Christopher McMahon, USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: **Nov 14, 2025**

*Judge's signature*

City and state:  Concord, New Hampshire                     Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*